# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 13, 2016

## NO. 03-14-00115-CV

**Anna Maria Cancino, Appellant**

**v.**

**Jason M. Cancino, Appellee**

## APPEAL FROM THE 22ND DISTRICT COURT OF HAYS COUNTY
## BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND
## REVERSED AND REMANDED -- OPINION BY JUSTICE BOURLAND

This is an appeal from the judgment signed by the trial court on January 21, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment and remands the case to the trial court for a new trial. The parties each shall bear one-half the costs relating to this appeal, both in this Court and in the court below; and this decision shall be certified below for observance.